UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK ANTHONY JIMENEZ,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-cv-05076-KES-CDB (SS)

ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

(Doc. 14)

Plaintiff Mark Anthony Jimenez ("Plaintiff") initiated this action with the filing of a complaint on July 1, 2026, seeking review of the final decision of the Commissioner of Social Security denying disability benefits. (Doc. 1). On July 6, 2026, the Court entered the scheduling order, setting forth dates and deadlines for the filing of the administrative record and of cross-motions for summary judgment. (Doc. 4). On September 2, 2026, Defendant filed a copy of the administrative record. (Doc. 10). On October 2, 2026, Plaintiff filed a motion for summary judgment. (Doc. 11).

On November 9, 2026—one week after Defendant's deadline to file a response to Plaintiff's motion for summary judgment (*i.e.*, November 2, 2026)—Defendant filed a stipulated request for an extension of the filing deadline *nunc pro tunc* to December 7, 2026. (Doc. 14). Counsel for Defendant represents that the extension is necessary due to an administrative error which led this matter to be reassigned to her after Defendant's deadline to respond to Plaintiff's motion for

summary judgment had expired. *Id.* at 1-2. Defendant's counsel further represents that she has been diligent in her work as she has completed seven responsive briefs and two settlement memoranda in the last four weeks and has 14 upcoming responsive briefs in the next four weeks. *Id.* at 2. Defendant's counsel apologizes to Plaintiff and the Court for the delay in filing. *Id.*

Based on counsel for Defendant's representations, the Court finds good cause to grant the request *nunc pro tunc* for Defendant to file a response to Plaintiff's motion for summary judgment. *See* (Doc. 14).

**Conclusion and Order**

Accordingly, for the reasons set forth in Defendant's stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Defendant's due date for filing a response to Plaintiff's motion for summary judgment is extended *nunc pro tunc* from November 2, 2026, to **December 7, 2026**; and
2. Any optional reply by Plaintiff shall be filed in accordance with the Court's scheduling order. (Doc. 4 ¶ 5).

IT IS SO ORDERED.

Dated: **November 10, 2026**

UNITED STATES MAGISTRATE JUDGE