ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY JIMENEZ,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Civil No. 1:26-cv-05076-KES-CDB<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to give further consideration to the medical source opinion(s) and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c. As appropriate, the ALJ may request the medical source(s) provide additional evidence and/or further clarification of the opinion(s). 20 C.F.R. §§ 404.1520b, 416.920b. The ALJ will offer the claimant the opportunity for

a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: November 23, 2026

PEÑA & BROMBERG, PLC

By: */s/ Lillian J. Lee for**
DOLLY M. TROMPETER
Attorneys for Plaintiff
[*As authorized by e-mail on November 23, 2026]

Dated: November 24, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: */s/ Lillian J. Lee*
LILLIAN J. LEE
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is directed to enter judgment in favor of plaintiff Mark Anthony Jimenez and against defendant Commissioner of Social Security. The Clerk of the Court is also directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: November 24, 2026

UNITED STATES DISTRICT JUDGE